**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| TAIHAN ELECTRIC USA, LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-08-3626 |
| § | |
| M/V NORWID, *etc., et al.*, § | |
| § | |
| Defendants. § | |

**ORDER DIRECTING ENTRY OF DEFAULT**

The defendant Aerocosta Global Systems Inc., has failed to answer the original complaint or otherwise appear. Under Fed.R.Civ.P. 55, the court enters default against Aerocosta Global Systems, Inc. The plaintiff must present evidence of its damages no later than May 8, 2009.

SIGNED on April 20, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge