IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAIHAN ELECTRIC USA, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3626 |
| | § | |
| M/V NORWID, *etc., et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The order of dismissal entered on September 4, 2009 having been vacated, this court now enters final judgment as to the defendant Aerocosta Global Systems Inc. The plaintiff, Taihan Electric USA, LTD, has established its entitlement to default judgment against Aerocosta Global Systems, Inc. in the amount of $71,424.70, plus prejudgment interest at the rate of 1.53% dating from December 17, 2007 until October 13, 2009, postjudgment interest at the rate of 103,119.50; postjudgment interest at the rate of .39%; and costs of court.

The plaintiff's claims against the M/V NORWID, in rem, Kamil Norwid Shipping Co. Ltd. and Chinese-Polish Joint Stock Shipping Company, in personam, are dismissed with prejudice. Each of these parties will pay its own costs.

SIGNED on October 13, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge